UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Isaac Lee Woods                                                Docket No. 5:05-CR-131-1FL

**Petition for Action on Supervised Release**

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Isaac Lee Woods, who, upon an earlier plea of guilty to Count 1: Conspiracy to Commit Identity Fraud, Wire Fraud, False Entries, and False Statements, Counts 2 through 14: Wire Fraud and Aiding and Abetting, Count 15: False Entries and Aiding and Abetting, Count 16-26: False Statements and Aiding and Abetting, Count 27: Conspiracy to Commit Money Laundering, Count 28 -32: Money Laundering and Aiding and Abetting, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 30, 2007, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Isaac Lee Woods was released from custody on June 3, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant will provide the probation office with access to financial documentation as follows:

The defendant will submit bank statements from January 2015, to the present. Bank statements should be submitted on a monthly basis following the filing of the modification order.

The defendant will submit verification of the request to the IRS for an extension of 2015 tax returns. Once 2015 federal taxes are filed, the defendant shall submit a copy of the tax return and a transcript of the filing for 2015 taxes and subsequent years through the duration of supervision.

The defendant shall submit contracts for work from January 2015 to present that are available. The defendant shall begin maintaining records via receipt book or another manner to document work he is performing for business income and submit same to the probation office on a monthly basis. If the defendant maintains a spreadsheet of business related income/expenses, he is instructed to submit those as well.

The defendant shall complete a net worth statement during the month of June 2016 and submit subsequent net worth statements every 6 months thereafter to the probation office.

The defendant shall not incur new credit charges or open additional lines of credit without the permission of the probation officer. The defendant shall obtain a Credit Bureau Check (or provide permission to the probation officer to conduct a Credit Bureau Check) and submit a copy of the report by July 1, 2016, and annually thereafter. If the defendant disputes any entries on the report, he may file a dispute with the appropriate Credit Bureau agency and provide documentation of same.

Isaac Lee Woods
Docket No. 5:05-CR-131-1FL
Petition For Action
Page 2

    The defendant shall submit a Cash Flow Statement with each monthly report, to begin immediately, which will more accurately capture his income and expenses for each month.

    The records submitted by the defendant will become part of the Court's record and are not subject to release to the public unless specifically approved by the Court.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Erica W. Foy<br>Erica W. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8665<br>Executed On: June 14, 2016 |

## ORDER OF THE COURT

Considered and ordered this __14th__ day of __June__, 2016 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge